IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIE ANN BROPHY,                  :    CIVIL ACTION
                                   :    NO. 16-2093
          Plaintiff,              :
                                   :
     v.                            :
                                   :
CAROLYN W. COLVIN, ACTING          :
COMMISSIONER OF SOCIAL SECURITY,   :
                                   :
          Defendant.               :


**O R D E R**

**AND NOW**, this **18th** day of **May, 2017**, after reviewing

Plaintiff's Request for Review of the decision of the

Commissioner of Social Security (ECF No. 9), the Commissioner's

response (ECF No. 12), the Plaintiff's reply (ECF No. 14), and

the Report and Recommendation of United States Magistrate Judge

Jacob P. Hart (ECF No. 16), there being no objections, it is

hereby **ORDERED** that:

     1.   The Report and Recommendation is **APPROVED** and

**ADOPTED;**

     2.   Plaintiff's Request for Review is **GRANTED in part**

and **DENIED in part**.  The Request for Review is **GRANTED** to the

extent that it seeks a reversal of the Commissioner's decision

denying Plaintiff's claim for benefits.  The Request for Review

is **DENIED** to the extent it seeks a determination by this Court

that Plaintiff is entitled to social security benefits;

     3.   The Commissioner's decision denying Plaintiff's claim for benefits is **REVERSED;**

     4.   This matter is **REMANDED** to the Commissioner of Social Security in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and

     5.   The Clerk of Court shall remove this case from suspense and mark the case as **CLOSED.**


     **AND IT IS SO ORDERED.**


            **/s/ Eduardo C. Robreno**
            **EDUARDO C. ROBRENO,    J.**